556 F.2d 558
 95 L.R.R.M. (BNA) 2626, 82 Lab.Cas. P 10,042
 N. L. R. B.
v.
District 1199, National Union of Hospital & Healthcare
Employees, RWDSU, AFL-CIO
 No. 76-4073
 United States Court of Appeals, Second Circuit
 11/23/76
 
 1
 N.L.R.B.
 
 
 2
 ENFORCEMENT DENIED*
 
 
 
 *
 Oral opinion delivered in open court in the belief that no jurisprudential purpose would be served by a written opinion. An oral opinion or a summary order is not citable as precedent. Local Rule Sec. 0.23